**IN RE D.B., C.B.**

[362 N.C. 345 (2008)]

IN THE MATTER OF D.B., C.B.

No. 590A07

(Filed 12 June 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 187 N.C. App. 556, 652 S.E.2d 56 (2007), affirming an order entered 9 January 2006 by Judge Edward A. Pone in District Court, Cumberland County. Heard in the Supreme Court 7 May 2008.

*Elizabeth Kennedy-Gurnee, Staff Attorney, for petitioner-appellee Cumberland County Department of Social Services, and Beth A. Hall, Attorney Advocate, for appellee Guardian ad Litem.*

*Janet K. Ledbetter for respondent-appellant father.*

*No brief for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.